# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Latanya M., individually | : | |
| and on behalf of I.W.M., | : | |
|     Plaintiff/ Counterclaim Defendant | : | Civil Action No. |
|     v. | : | 2:24-cv-02267 |
| | : | |
| Laboratory Charter School, | : | |
|     Defendant/Counterclaim Plaintiff | : | |

## **ORDER**

**AND NOW**, this 11th day of September 2025, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 45), Defendant's Response in Opposition (Doc. No. 57), Defendant's Motion Judgment on the Administrative Record (Doc. No. 56), Plaintiff's Response in Opposition (Doc. Nos. 55, 63), Plaintiff's supplemental letter (Doc. No. 65), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion for Judgment on the Administrative Record (Doc. No. 56) will be denied, and Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 45) will be granted in part consistent with the Opinion. This case is remanded to the Hearing Officer to either reconsider his conclusion rejecting the "hour-for-hour" approach or explain in more detail why the facts show this form of compensatory education relief is not appropriate. In addition, it is ordered that Lab Charter shall pay for new IEEs within 60 days of this Order.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.